

**IT IS ORDERED**

**Date Entered on Docket: November 28, 2017**

_____
**The Honorable Robert H Jacobvitz**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:

CATHERINE PAULA BARELA,

No. 17-12620j7

       Debtor,

PRESTIGE FINANCIAL SERVICES,

       Movant.

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT BY DEFAULT

This matter came before the Court on Movant's Motion for Relief From Stay and

Abandonment (Doc. #10) filed on October 20, 2017.  Pursuant to Bankruptcy Rule

9014, a copy of the motion along with a Notice of Deadline For Filing Objections To

Motion For Relief From Stay and Abandonment (Doc. #11) were mailed on October 20,

2017 to the Debtor, her attorney and the trustee, requiring that an objection be filed with

the court and served on attorney for movant on or before November 13, 2017. The Notice was served in the manner prescribed by Bankruptcy Rule 7004 and no objection or other responsive pleading has been filed by the Debtor, her attorney or the trustee.

Creditor certifies under penalty of perjury, pursuant to 50 USCA Appx Section 521 (2004), that it conducted a search of the Department of Defense Manpower Data Center and found that Debtor is not currently on active military duty.

THE COURT FINDS AND ORDERS that the Motion for Relief From Stay and Abandonment filed by Movant on October 20, 2017 in this case is well taken, the motion is granted, the automatic stay is terminated as to the 2014 Toyota Corolla (the "Collateral") and the Collateral is deemed abandoned by the trustee. Movant may proceed with its legal remedies as to the Collateral pursuant to the contract and applicable law.

The Court further orders that Rule 4001(a)(3) is not applicable and Creditor may immediately enforce and implement this order granting relief from the automatic stay.

### ###END OF ORDER###

SUBMITTED BY:

LAW OFFICES OF ALLAN L.
WAINWRIGHT, P.A.

By /s/Allan L. Wainwright
  Allan L. Wainwright
  Attorney for Movant
  800 Lomas NW, Suite 100
  Albuquerque, New Mexico 87102
  (505)842-1313

Copy to:

Gregory A. Baca
Attorney for Debtor
Baca Law Offices
2214 Sun Ranch Loop
Los Lunas, NM 87031

Catherine Paula Barela
13 Palomar Pl
Belen, NM 87002-4825

Philip J. Montoya, Trustee
1122 Central Ave SW Ste #3
Albuquerque, NM 87102